**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Ronald L. Harper, Debtor                    Case No. 22-50697-KMS
                                                       **CHAPTER 13**

### ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK # ) and the Court having reviewed and having been notified that the parties have reached an agreement, does Order as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $10,000.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's attorney's fees of $2,105.00 and $1,673.19 as reimbursement of necessary expenses

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

   a. To Pulaski Kherkher, PLLC for Attorney's Fees:  $2,105.00
   b. To Pulaski Kherkher, PLLC for Expenses: $1,673.19
   c. Common Benefit Fund: $900.00
   d. QSF Administration Fee - $20.00
   e. Milestone Bankruptcy Coordination fee - $400.00

      f. Chapter 13 Trustee: $4,830.23

  IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the net settlement proceeds to the Chapter 13 Trustee.  The Debtor is authorized to sign a release, if requested to do so.

  IT IS FURTHER ORDERED that the funds paid to the Trustee from this settlement shall be allocated first to administrative expense claims, followed by timely filed and allowed unsecured claims, and any remaining funds shall be distributed as regular plan payments.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
Attorney for Special Counsel


/s/_____
Attorney for Chapter 13 Trustee


/s/_____
Attorney for Debtor