# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Ronald L. Harper, Debtor                          Case No. 22-50697-KMS
                                                             **CHAPTER 13**

## NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: April 15, 2025.          Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Ronald L. Harper, Debtor                                Case No. 22-50697-KMS
                                                                                    CHAPTER 13

**MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS**

COMES NOW, Thomas C. Rollins, Jr., attorney for Pulaski Kherkher, PLLC ("Special Counsel"), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

**SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS**

3. On or about March 24, 2025, Pulaski Kherkher, PLLC was employed as Special Counsel (Dk# 60) representing Debtor in a 3M Combat Arms Earplugs case. That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

4. The personal injury claim is now settled in the gross amount of $10,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Per the terms of the settlement, the settlement administrator should disburse the following:

    a. Common Benefit Fund Deduction - $900.00

        i. Per the terms of the master Settlement Agreement, work performed for the benefit of all CAE Claimants are paid from a Common Benefit Fund. On

September 19, 2023, the United States District Court for the Northern District of Florida ordered 9% of every settlement award be set aside in the Common Benefit Fund. Attorney's fees are calculated as a percentage of the settlement after deducting Common Benefit Funds deductions.

b. Attorney's Fees to Pulaski Kherkher, PLLC - $2,105.00 (Reduced by $1,535.00)

c. Expenses to Pulaski Kherkher, PLLC - $1,673.19 (Reduced by $500.00)

d. Adminstrative Costs - $420.00

   i. QSF Administration Fee - $20.00

   ii. Milestone Bankruptcy Coordination fee - $400.00

e. Medical Lien Holdback - $71.58

f. $4,830.23 to the Chapter 13 Trustee

6. Special Counsel requests settlement approval and authority to pay the net settlement proceeds of $4,830.23 to the Chapter 13 Trustee.

## COMPENSATION OF SPECIAL COUNSEL

7. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

8. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

9. That the attorneys are duly licensed and authorized, practicing in Mississippi.

10. Debtor is entitled to a distribution from a settlement in the gross amount of $10,000.00. Special Counsel requests attorney's fees of $2,105.00, representing a discount from the agreed 40% of the gross settlement and $1,673.19 as reimbursement of necessary expenses. That a 40% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on April 16, 2025 to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                               /s/ Thomas C. Rollins, Jr.
                               Thomas C. Rollins, Jr. (MSBN 103469)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-50697 |
|---|---|
| RONALD L HARPER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/16/2025, I did cause a copy of the following documents, described below,

Notice and Application Approve Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>RONALD L HARPER | CASE NO:  22-50697<br><br>**CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 4/16/2025, a copy of the following documents, described below,

Notice and Application Approve Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-50697<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE APR 15 13-1-31 PST 2025 | ~~(U)FIRST TOWER LOAN LLC DBA TOWER LOAN OF E~~ | (P)MS DEPARTMENT OF HUMAN SERVICES<br>ATTN BENEFIT RECOVERY UNIT<br>PO BOX 352<br>JACKSON MS 39205-0352 |
| ~~EXCLUDE~~<br>~~(U)PULASKI KHERKHER PLLC~~ | PULASKI KHERKHER PLLC<br>2925 RICHMOND AVE 1725<br>HOUSTON TX 77098-3136 | ROBIN LAW PLLC<br>4435 E CHANDLER BLVD SUITE 200<br>PHOENIX AZ 85048-7651 |
| ROBIN RAYNISH PLLC<br>6136 FRISCO SQUARE BLVD SUITE 400<br>FRISCO TX 75034-3251 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ |
| AVANT<br>222 N LASALLE ST STE 1600<br>CHICAGO IL 60601-1112 | CKS PRIME INVESTMENTS LLC<br>PO BOX 2856<br>CHESAPEAKE VA 23327-2856 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 |
| CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CREDIT ONE BANK<br>PO BOX 98878<br>LAS VEGAS NV 89193-8878 |
| FINGERHUT<br>PO BOX 166<br>NEWARK NJ 07101-0166 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FIRST TOWER LOAN LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| FRANKLIN COLLECTION SERVICES<br>2978 W JACKSON STREET<br>TUPELO MS 38801-6731 | HATTIESBURG ORAL SURGERY<br>CO FRANKLIN SERVICE INC<br>PO BOX 3910<br>TUPELO MS 38803-3910 | JACOB LAW GROUP<br>PO BOX 948<br>OXFORD MS 38655-0948 |
| LVNV FUNDING LLC<br>200 MEETING STREET STE 206<br>GREENVILLE SC 29615-5833 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MILESTONE<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 | ~~EXCLUDE~~<br>~~(D)(P)MS DEPARTMENT OF HUMAN SERVICES~~<br>~~ATTN BENEFIT RECOVERY UNIT~~<br>~~PO BOX 352~~<br>~~JACKSON MS 39205-0352~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(D)(P)MS DEPARTMENT OF HUMAN SERVICES
ATTN BENEFIT RECOVERY UNIT
PO BOX 352
JACKSON MS 39205-0352

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)PROFESSIONAL DEBT MEDIATION
7948 BAYMEADOWS WAY
2ND FLOOR
JACKSONVILLE FL 32256-8539

QUANTUM3 GROUP LLC AS AGENT FOR
CKS PRIME INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

REPUBLIC FINANCE
CO C T CORPORATION SYSTEM
645 LAKELAND EAST DRIVE STE 101
FLOWOOD MS 39232-9099

RONNESHIA HARPER
203 COLUMBIA STREET APT B
HATTIESBURG MS 39401-1901

SPRING OAKS CAPITAL SPV LLC
P O BOX 1216
CHESAPEAKE VA 23327-1216

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOYOTA FINACIAL SERVICES
PO BOX 15012
CHANDLER AZ 85244-5012

EXCLUDE
(D)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

EXCLUDE
(D)UNITED STATES TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

VANESSA RUSSELL
13473 WARREN DRIVE
GULFPORT MS 39503-4529

NICHOLAS T GRILLO
GRILLO LAW FIRM
607 CORINNE STREET SUITE A3
HATTIESBURG MS 39401-3827

DEBTOR
RONALD L HARPER
13473 WARREN DRIVE
GULFPORT MS 39503-4529

EXCLUDE
(P)WARREN A CUNTZ T1 JR
PO BOX 3749
GULFPORT MS 39505-3749