United States Bankruptcy Court
Southern District of Mississippi

In re:  
Ronald L. Harper  
    Debtor

Case No. 22-50697-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: May 19, 2025      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald L. Harper, 13473 Warren Drive, Gulfport, MS 39503-4529 |
| sp | + | Pulaski Kherkher, PLLC, 2925 Richmond Ave #1725, Houston, TX 77098-3136 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Constance L Morrow | on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov |
| Kelli Michelle Stevens | on behalf of Creditor First Tower Loan LLC d/b/a/ Tower Loan of East Gulfport kmstevens@towerloan.com |
| Nicholas T Grillo | on behalf of Debtor Ronald L. Harper grillolawms@gmail.com GrilloLawFirm@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Pulaski Kherkher PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 19, 2025 | Form ID: pdf012 | Total Noticed: 2 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Ronald L. Harper, Debtor   Case No. 22-50697-KMS
CHAPTER 13

**AGREED ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS**

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (Dk#62) and the Court having reviewed and having been notified that the parties have reached an agreement, does Order as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $10,000.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's attorney's fees of $2,105.00 and $1,673.19 as reimbursement of necessary expenses

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

a. To Pulaski Kherkher, PLLC for Attorney's Fees: $2,105.00
b. To Pulaski Kherkher, PLLC for Expenses: $1,673.19
c. Common Benefit Fund: $900.00
d. QSF Administration Fee - $20.00
e. Milestone Bankruptcy Coordination fee - $400.00

      f.   Chapter 13 Trustee: $4,830.23

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the net settlement proceeds to the Chapter 13 Trustee. The Debtor is authorized to sign a release, if requested to do so.

IT IS FURTHER ORDERED that the funds paid to the Trustee from this settlement shall be allocated first to administrative expense claims, followed by timely filed and allowed unsecured claims, and any remaining funds shall be distributed as regular plan payments.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
Attorney for Special Counsel


/s/  Phillip Dunnaway
Attorney for Chapter 13 Trustee


/s/ Nicholas T Grillo
Attorney for Debtor