**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RONALD L. HARPER**
**Debtor**

**CASE NO.: 22-50697 KMS**
**Chapter 13 Proceeding**

**MOTION FOR AUTHORITY TO INCUR NEW DEBT**

COME NOW the Debtor herein, RONALD L. HARPER, by and through his Counsel of Record, Nicholas T. Grillo, and files this her Motion for Authority to Incur New Debt and would show unto the Court the following to-wit:

1. The Debtor wishes to purchase a home as opposed to renting.

2. This loan will be in the amount of $315,000.00 at 7.625% APR to be paid back in monthly installments of $2,229.55 for 360 months.

WHEREFORE, PREMISES CONSIDERED the Debtor prays that this honorable Court will enter its Order allowing the Debtor to incur new debt according to the terms specified herein. Debtor prays for general relief.

RESPECTFULLY SUBMITTED the 23rd day of October, 2026.

RONALD L. HARPER,
Debtor by:

/s/ Nicholas T. Grillo

Nicholas T. Grillo 103980
Grillo Law Firm
607 Corinne Street, Suite A3
Hattiesburg, MS 39401
Phone:(769)390-7935/Fax:(769) 390-7193
Email: grillolawms@gmail.com

# CERTIFICATE OF SERVICE

I, Nicholas T. Grillo, of Grillo Law Firm attorney for the above listed Debtor, do hereby certify that I have this day served, either electronically by the *Notice of Electronic Filing*, or mailed postage prepaid, a true and correct copy of the above Motion to the following interested parties: on this 23rd day of October, 2026.

/s/ Nicholas T. Grillo
NICHOLAS T. GRILLO

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren Cuntz
Chapter 13 Trustee
wcuntz@gport13.com