**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RONALD L. HARPER**
**Debtor**

**CASE NO.: 22-50697 KMS**
**Chapter 13 Proceeding**

## NOTICE OF MOTION FOR AUTHORITY TO INCUR NEW DEBT

COME NOW the Debtor herein, RONALD L. HARPER, by and through his Counsel of Record, Nicholas T. Grillo, and files this his Notice of Motion for Authority to Incur New Debt and would show unto the Court the following, to-wit:

1. All creditors are hereby notified that any Response or Objection to this Motion must be filed with the Clerk of Court for the United States Bankruptcy Court for the Southern District of Mississippi whose address is United States Bankruptcy Court, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501 with a copy to Counsel for the Debtor at his address below as well as a copy to the United States Trustee and the Chapter 13 Trustee at their addresses provided below. Such response or Objection must be filed within **twenty-one (21)** days from the date of this Motion or the Court may consider the Motion ex parte and enter its Order granting the relief herein requested.

WHEREFORE, PREMISES CONSIDERED the Debtor prays that this honorable Court will enter its Order allowing the Debtor to incur new debt according to the terms specified herein. Debtor prays for general relief.

RESPECTFULLY SUBMITTED the 23rd day of October, 2026.

RONALD L. HARPER,
Debtor by:

/s/ Nicholas T. Grillo
Nicholas T. Grillo 103980
Grillo Law Firm

607 Corinne Street, Suite A3
Hattiesburg, MS 39401
Phone:(769)390-7935/Fax:(769) 390-7193
Email: grillolawms@gmail.com

**CERTIFICATE OF SERVICE**

I, Nicholas T. Grillo, of Grillo Law Firm attorney for the above listed Debtors, do hereby certify that I have this day served, either electronically by the *Notice of Electronic Filing*, or mailed postage prepaid, a true and correct copy of the above Notice to the following interested parties: on this 23rd day of October, 2026.

/s/ Nicholas T. Grillo
NICHOLAS T. GRILLO

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren Cuntz
Chapter 13 Trustee
wcuntz@gport13.com