**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RONALD L. HARPER**
**Debtor**

**CASE NO.: 22-50697 KMS**
**Chapter 13 Proceeding**

**ORDER ALLOWING DEBTOR TO INCUR NEW DEBT (Dkt. # 66 )**

THIS CAUSE having come on to be considered upon the Motion of Debtor, RONALD L. HARPER, for Authority to Incur New Debt and no Objection to the Motion or other response thereto having been timely filed is of the opinion that the Motion is well taken and should be and is hereby granted. It is therefore,

ORDERED AND ADJUDGED that the Debtor is granted permission to incur new debt with Equity Prime Mortgage, LLC in the amount of $315,000.00 at 7.625% APR to be paid back in monthly installments of $2,229.55 for 360 months

## END OF ORDER##

Prepared By:
Nicholas T. Grillo 103980
Grillo Law Firm
P.O. Box 1104
Hattiesburg, MS 39403
Phone:(769)390-7935/Fax:(769) 390-7193
Email: grillolawms@gmail.com