United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50697-KMS
Ronald L. Harper Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 19, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ronald L. Harper, 13473 Warren Drive, Gulfport, MS 39503-4529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Constance L Morrow | on behalf of Creditor Mississippi Department of Human Services constance.morrow@mdhs.ms.gov |
| Kelli Michelle Stevens | on behalf of Creditor First Tower Loan LLC d/b/a/ Tower Loan of East Gulfport kmstevens@towerloan.com |
| Nicholas T Grillo | on behalf of Debtor Ronald L. Harper grillolawms@gmail.com GrilloLawFirm@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Pulaski Kherkher PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 7

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 19, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RONALD L. HARPER**
**Debtor**

**CASE NO.: 22-50697 KMS**
**Chapter 13 Proceeding**

**ORDER ALLOWING DEBTOR TO INCUR NEW DEBT (Dkt. # 66 )**

THIS CAUSE having come on to be considered upon the Motion of Debtor, RONALD L. HARPER, for Authority to Incur New Debt and no Objection to the Motion or other response thereto having been timely filed is of the opinion that the Motion is well taken and should be and is hereby granted. It is therefore,

ORDERED AND ADJUDGED that the Debtor is granted permission to incur new debt with Equity Prime Mortgage, LLC in the amount of $315,000.00 at 7.625% APR to be paid back in monthly installments of $2,229.55 for 360 months

## END OF ORDER##

Prepared By:
Nicholas T. Grillo 103980
Grillo Law Firm
P.O. Box 1104
Hattiesburg, MS 39403
Phone:(769)390-7935/Fax:(769) 390-7193
Email: grillolawms@gmail.com